**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

AF HOLDINGS, LLC,

    Plaintiff,

v.

DOES 1 – 62,

    Defendants.

CASE NO. 1:11-CV-00593-SJD

Judge: Hon. Susan J. Dlott

## PLAINTIFF'S NOTICE OF CHANGE OF LAW FIRM NAME

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that, Plaintiff's counsel's law firm has changed its name from "Steele Hansmeier PLLC" to "Prenda Law Inc." All other identifying information associated with Plaintiff's counsel, Joshua R. Crousey—i.e. his physical address, email address, and phone number – remains the same.

[intentionally left blank]

DATED: November 22, 2011    Respectfully submitted,

                                                   PRENDA LAW INC.

By: ___/s/ Joshua R. Crousey_____
      JOSHUA R. CROUSEY

Bar No. 0087392
Prenda Law Inc.
1111 Lincoln Road, Ste 400
Miami Beach, FL 33139
Telephone: (305) 748-2102
Facsimile: (305) 748-2103
E-mail: jrcrousey@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on November 22, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                /s/ Joshua R. Crousey
                JOSHUA R. CROUSEY