IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

AF HOLDINGS, LLC,

    Plaintiff,

v.

DOES 1 – 62,

    Defendants.

CASE NO. 1:11-CV-00593-SJD

Judge: Hon. Susan J. Dlott

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF REMAINING DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action against all remaining Doe Defendants. The Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully Submitted,

    AF Holdings, LLC

DATED: January 30, 2012

    By: /s/ Joshua R. Crousey_____
    JOSHUA R. CROUSEY
    Bar No. 0087392
    Prenda Law Inc.
    1111 Lincoln Road, Ste 400
    Miami Beach, FL 33139
    Telephone: (305) 748-2102
    Facsimile: (305) 748-2103
    E-mail: jrcrousey@wefightpiracy.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 30, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                     /s/ Joshua R. Crousey
                                                     JOSHUA R. CROUSEY